# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 1:21-cr-15-AW-GRJ

**JOEL RAMIREZ,**

    **Defendant.**

_____/

## ORDER ACCEPTING GUILTY PLEA

I have considered the magistrate judge's August 31, 2021 report and recommendation (ECF No. 49), to which there has been no timely objection. I have also considered the related plea documents (ECF Nos. 45, 46, 47, 48). The report and recommendation is adopted, and Defendant's guilty plea as to Count I is ACCEPTED.

SO ORDERED on September 6, 2021.

                                          s/ *Allen Winsor*
                                          United States District Judge